NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


AARON REYNA,                )
                                )
          Appellant,    )
                                )
v.                       )        Case No. 2D18-1713
                                )
STATE OF FLORIDA,      )
                                )
          Appellee.     )
_____)


Opinion filed July 3, 2019.

Appeal from the Circuit Court for Collier
County; Frederick Hardt, Judge.

Howard L. Dimmig, II, Public Defender,
and Christopher Desrochers, Special
Assistant Public Defender, Bartow, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


        Affirmed.


NORTHCUTT, LaROSE, and SMITH, JJ., Concur.